UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JOHN SOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | 1:06-CV-00034-REC-WMW-P<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND MOTION FOR EXTENSION OF TIME (DOCUMENT #10) |

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 109 S.Ct. 1814 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Without a reasonable method of securing and compensating counsel, this court will seek volunteer counsel only in the most serious and exceptional cases. In the present case, the court does not find the required exceptional circumstances. Even if it is assumed that plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional. This

1

1 court is faced with similar cases almost daily.  Therefore, plaintiff's request for the appointment of
2 counsel must be denied.
3        Plaintiff has also requested an extension of time.  However, plaintiff did not state
4 which deadline he wishes to extend, and there are no pending court deadlines in plaintiff's case.
5 Therefore, the extension of time shall be denied without prejudice.
6        In accordance with the above, IT IS HEREBY ORDERED that:
7    1.   Plaintiff's motion for the appointment of counsel is DENIED; and
8    2.   Plaintiff's motion for extension of time is DENIED without prejudice.
9 IT IS SO ORDERED.
10 **Dated:    April 24, 2006**              **/s/  William M. Wunderlich**
   bl0dc4                              UNITED STATES MAGISTRATE JUDGE

2