IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR JOHN SOWELL,

    Plaintiff,

vs.

CALIF. DEPT. OF CORRECTIONS, et al.,

    Defendants.

CV F 06 0034 OWW WMW P

ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND

    Plaintiff is a county jail inmate proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    This action proceeds on the original complaint. Plaintiff, an inmate in custody at the Santa Clara County Jail, brings this action against the California Department of Corrections. Plaintiff's sole claim in this action is that his release date has been improperly calculated, and he is entitled to earlier release.

    When a prisoner challenges the legality or duration of his custody, or raises a constitutional challenge which could entitle him to an earlier release, his sole federal remedy is a writ of habeas corpus. Preiser v. Rodriguez, 411 U.S. 475 (1973); Young v. Kenny, 907 F.2d 874 (9th Cir. 1990), cert. denied 11 S.Ct. 1090 (1991).

    Where the complaint states a habeas claim instead of a § 1983 claim, the court should

dismiss the claim without prejudice for failure to exhaust, rather than converting it to a habeas and addressing it on the merits. See <u>Blueford v. Prunty</u>, 108 F.3d 251, 255 (9th Cir. 1997); <u>Trimble v. City of Santa Rosa</u>, 49 F.3d 583, 586 (9th Cir. 1995).

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff's complaint is dismissed; and

      2. Plaintiff is granted thirty days from the date of service of this order to file a first amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint." Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:  July 31, 2006**          /s/  William M. Wunderlich
mmkd34                              UNITED STATES MAGISTRATE JUDGE